IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
2:14cv31

| DONNA BURGESS, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| INGLES MARKETS, INC., | ) | |
| Defendant. | ) | |

Pending before the Court is the Motion to Compel [# 7]. The mediator and the parties have informed the Court that this case completely settled during the mediation. Accordingly, the Court **DENIES without prejudice** the motion [# 7].

Dennis L. Howell
United States Magistrate Judge